■ In the Matter of ELIZABETH SLATER, as Executrix of HENRY F. SLATER, JR., Deceased. — Decree unanimously affirmed, without costs, for the reasons stated at Surrogate's Court. (Appeal from decree of Cayuga County Surrogate's Court — distribution of settlement.) Present — Dillon, P.J., Cardamone, Schnepp, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR J. MILLER, JR., Appellant. — Judgment, unanimously affirmed. (See People v McGowen, 42 NY2d 905.) (Appeal from judgment of Monroe County Court — attempted robbery, third degree.) Present — Simons, J.P., Hancock, Jr., Schnepp, Callahan and Doerr, JJ.